John Morrison
Linda M. Deola
MORRISON SHERWOOD WILSON DEOLA PLLP
401 N. Last Chance Gulch · P.O. Box 557
Helena, MT 59624-0557
Telephone: (406) 442-3261
john@mswdlaw.com
ldeola@mswdlaw.com

John Heenan
BISHOP & HEENAN
1631 Zimmerman Trail, Ste. 1
Billings, MT 59102
Telephone: (406) 839-9091
john@bishopandheenan.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| THE DEPOT, INC., a Montana Corporation, UNION CLUB BAR, INC., a Montana Corporation, TRAIL HEAD, INC., a Montana Corporation, ED WELLS and DOUG HUTCHEON, on behalf of themselves and all those similarly situated, | Case No. CV-19-113-M-DWM |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| vs. | |
| CARING FOR MONTANANS, INC., F/K/A BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., HEALTH CARE SERVICE CORP., and JOHN DOES I-X, | |
| Defendants. | |

Come now Plaintiffs Ed Wells and Doug Hutcheon, through counsel, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. Pro., and provide notice of dismissal of their claims in the above captioned matter. The dismissal only applies to the individual claims of Wells and Hutcheon and the class claims of employees for whom Wells and Hutcheon would be class representatives.  The dismissal does not apply to the individual claims of The Depot, Inc., the Union Club Bar or Trail Head, Inc. or the class claims of employers they seek to represent.

Dated this 2nd day of August, 2019.

MORRISON SHERWOOD WILSON DEOLA PLLP
BISHOP & HEENAN

/S/ JOHN MORRISON
John Morrison
Linda M. Deola
John Heenan

*Attorney for Plaintiffs*