IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE DEPOT, INC., a Montana Corporation, UNION CLUB BAR, INC., a Montana Corporation, and TRAIL HEAD, INC., a Montana Corporation, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARING FOR MONTANANS, INC., F/K/A BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., HEALTH CARE SERVICE CORP., and JOHN DOES I-X,<br><br>Defendants. | CV 19–113–M–DWM<br><br>ORDER |

It is unclear why this case should not be dismissed as duplicative of the action currently pending before Chief Judge Dana Christensen in *Depot, Inc. v. Caring for Montanans, Inc.*, CV 16-74-M-DLC. Defendants seek such relief in their pending motion to dismiss, (*see* Docs. 4, 5), and Plaintiffs admit that the present case was filed only to put their foot in the state court door, (*see* Doc. 13 at 2.) Accordingly,

IT IS ORDERED that Plaintiff's motion(s) to stay (Docs. 17, 18) is DENIED.

1

IT IS FURTHER ORDERED that Plaintiffs shall file their response Defendants' pending motion to dismiss, (Doc. 4), on or before August 23, 2019.[1]  Defendants shall respond to the pending motion to remand by the same date. (*See* Doc. 16.)

DATED this 20th day of August, 2019.

_____ 11:23 A.M.
Donald W. Molloy, District Judge
United States District Court

---

[1] Note that Plaintiffs were previously given an extension of time to file a response, (*see* Doc. 10), but failed to do so.